**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 274 MAL 2023

         Respondent            :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

         v.                    :

EMMANUEL RENTERIA,              :

         Petitioner               :

COMMONWEALTH OF PENNSYLVANIA,     :   No. 275 MAL 2023

         Respondent            :

                                    :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

         v.                    :

EMMANUEL RENTERIA,               :

         Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.